■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAURA LEE, on Behalf of DOMINICK BEY, Petitioner, v WARDEN, BROOKLYN HOUSE OF DETENTION, et al., Respondents. [701 NYS2d 639] —Writ of habeas corpus in the nature of an application to release the defendant on his own recognizance pursuant to CPL 30.30 (2) (a).

Adjudged that the writ is dismissed, without costs or disbursements.

Under the circumstances of this case the petitioner is not entitled to the relief sought in the petition. Santucci, J. P., Joy, S. Miller and H. Miller, JJ., concur.